**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1567**

---

ELVIS BUTLER,

                                        Plaintiff - Appellant,

          and

PAMELA L. BUTLER,

                                                  Plaintiff,

          versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
99-503-CCB)

---

Submitted:  November 30, 2000        Decided:  December 27, 2000

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Peter J. Sommer, Samuel J. Mangione, SOMMER & STEELE, L.L.C., Bal-
timore, Maryland, for Appellant.  Lynne A. Battaglia, United States
Attorney, Nadira Clarke, Assistant United States Attorney, Balti-
more, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Elvis Butler appeals the district court's order dismissing his civil action. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Butler v. United States</u>, No. CA-99-503-CCB (D. Md. Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2